MARK R. NICHTER, an Infant, by His Guardian ad Litem, JOSEPH H. NICHTER, et al., Appellants, v. SOCONY-VACUUM OIL COMPANY, Respondent.— All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.